UNITED STATES DISTRCIT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

KRISTEN GREEN,

    Plaintiff,

v.

CAREERS USA, INC.,

    Defendant.
_____/

**DEFENDANT, CAREERS USA, INC.'S NOTICE OF REMOVAL**

Defendant, Careers USA, Inc. ("Defendant" or "Careers"), pursuant to 28 U.S.C. § 1441(a) and § 1446, hereby removes this civil action from the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida. The Defendant states that this District Court has original subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331. Defendant further states:

1. On November 26, 2019, Plaintiff, Kristen Green ("Plaintiff" or "Green"), filed an action against Careers in the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida, Case No. 502019CA015143XXXXMB (the "State Action"). A copy of Plaintiff's Complaint, which was served on Careers on December 4, 2019, is attached hereto as Exhibit "A" and made a part hereof.

2. Plaintiff's two-count Complaint filed in state court attempts to assert claims against Careers for alleged employment discrimination and retaliation due to Plaintiff's pregnancy which would present a substantial federal question. Specifically, Plaintiff's claims relate to and allege actions, that if plead correctly, would fall under the Pregnancy Discrimination Act of 1978. Despite the lack of direct reference to the federal statute, the facts expressly alleged on the face of Plaintiff's Complaint give rise to the federal law and accordingly, federal jurisdiction exists.

3. Plaintiff's civil action presents a federal question "arising under the Constitution, laws, or treaties of the United States" and consequently, the District Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331.

4. Accordingly, this action is removable pursuant to 28 U.S.C. § 1441(a) which provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction [] may be removed by the defendant [] to the district court of the United States for the district and division embracing the place where such action is pending."

5. Venue is proper in the Southern District of Florida as this action is being removed from the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida.

6. Removal is timely under 28 U.S.C. § 1446(b) as this Notice of Removal is being filed within thirty (30) days of Defendant's receipt of a copy of Plaintiff's Complaint.

7. Pursuant to 28 U.S.C. § 1446(a), "a copy of all process, pleadings, and orders served upon [Careers in the State Action]" is attached hereto as Exhibit "A" and made a part hereof.

8. In accordance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal is also being filed with the Circuit Court for Palm Beach County, Florida, and Plaintiff will be served with a copy of said notice accordingly.

Dated: January 2, 2020

Respectfully submitted,

Jennifer O. Johnson, Esq., FBN 388040
jjohnson@careersusa.com
Brian S. Dranoff, Esq., FBN 673145
bdranoff@careersusa.com
Attorneys for Defendant, Careers USA, Inc.
6501 Congress Avenue, Suite 200
Boca Raton, Florida 33487
Telephone: 561-995-7000
Facsimile:  561-995-8300

/s Jennifer O. Johnson
Jennifer O. Johnson, Esq.

UNITED STATES DISTRCIT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

KRISTEN GREEN,

 Plaintiff,

v.

CAREERS USA, INC.,

 Defendant.
_____/

**Certificate of Service**

I hereby certify that on January 2, 2020, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, which will serve a copy of the same via electronic mail on all counsel of record listed below:

  Gregg I. Shavitz, Esq. (gshavitz@shavitzlaw.com)
  Camar R. Jones, Esq. (cjones@shavitzlaw.com)
  Alan Quiles, Esq. (aquiles@shavitzlaw.com)
  Counsel for Plaintiff, Kristen Green
  The Shavitz Law Group, P.A.
  951 Yamato Road, Suite 285
  Boca Raton, Florida 33431
  Tel: (561) 447-8888
  Fax: (561) 447-8831

             /s Jennifer O. Johnson
             Jennifer O. Johnson, Esq.